5:21-cv-380 (TJM/ML)

# EXHIBIT A

# RETAIL SCHEDULE OF FEES AND SERVICE CHARGES

**PathFinder BANK**

**EFFECTIVE MARCH 1, 2020**

| MONTHLY MAINTENANCE FEES | | | |
|---|---|---|---|
| **Product** | **Minimum Balance Requirement** | **Fee** | **Information** |
| Extra Checking Account | $500 | $7 | If balance falls below minimum any day during the month. |
| Money Management Checking | $1,500 in this account, or $50,000 in combined qualifying deposits. | $20 | If balance falls below minimum any day during the month. |
| Second Chance Checking | No minimum balance requirement | $10 | Flat monthly fee, not eligible for overdraft protection. |
| Statement Savings Account | $300 | $5 | If balance falls below minimum any day during the month. |
| Extra Savings Account | $500 | $5 | If balance falls below minimum any day during the month. |
| Money Market Deposit Account | $2,500 | $10 | If balance falls below minimum any day during the month. |

| ATM/DEBIT CARD FEES | | |
|---|---|---|
| You may also be charged a fee when you use an ATM we do not own or operate by the ATM owner/operator and the owner/operator may charge you a fee for a balance inquiry even if you do not complete a transfer or withdrawal. | | |
| Deposits/Withdrawals | $2 | Per transaction, when performed at an ATM we do not own or operate. |
| Inquiries/Transfers | $2 | Per transaction, when performed at an ATM we do not own or operate. |
| Reject/Denial | $.55 | Per transaction, when performed at an ATM we do not own or operate. |
| Discretionary Extended Overdraft (EOD, NSF, or UNF Fee) | $35 | Per withdrawal request paid on non-sufficient funds. |
| International Deposit/Withdrawal | $3 | Per transaction |
| International Inquiry/Transfer | $2 | Per inquiry |
| International ATM/POS Currency Conversion Fee | 2.00% | Per transaction, percentage of amount withdrawn or spent will be charged as a fee |
| Card Replacement Fee | $10 | Per card (ATM or Debit) |

| COLLECTIONS, TRANSFERS, ACH | | |
|---|---|---|
| Outgoing Domestic Wire Transfer | $25 | Each |
| Outgoing International Wire Transfer | $50 | Each |
| Incoming Wire Transfer | $20 | Each |
| Incoming Collection from Other Bank | $20 | Each |
| Coupon Collection Fee | $5 | Each |
| Automatic Loan Payment Not Processed | $10 | After 3 attempts to make your payment |
| Returned ACH Items | $35 | Per item |
| Stop Payment on ACH | $35 | Per stop payment |
| Discretionary Extended Overdraft (EOD, NSF, or UNF Fee) | $35 | Per ACH item paid on non-sufficient funds |
| Continuous Day Overdraft Fee | $5 | Per day, after 5 days with a continuous negative balance (up to $35 per occurrence) |

| ACCOUNT USAGE AND MAINTENANCE | | |
|---|---|---|
| Early Closeout Fee | $25 | For checking and savings accounts, if account is closed within first 6 months of opening. |
| Early Withdrawal Fee | $50 | For Certificates, when a withdrawal is performed before maturity. Additional fees may apply. Refer to your account disclosure for more information. |
| Nonsufficient Funds | $35 | Per transaction |
| Uncollected Funds | $35 | Per transaction |
| Returned Loan Payment | $20 | Per returned payment |
| Return of Deposited Item | $12 | Per transaction |
| Discretionary Extended Overdraft (EOD, NSF, or UNF Fee) | $35 | Per transaction |
| Checking Account Inactive Fee | $10 | Per month, if account has had no customer generated activity for 6 consecutive months. |
| Savings/Money Market Inactive Fee | $5 | Per month, if account has had no customer generated activity for 12 consecutive months. |
| Savings Overdraft Fee | $10 | Per occurrence, when your savings account is linked to your checking account and an overdraft occurs. Charged to your checking account. |

| BANK AND MISCELLANEOUS ITEMS | | |
|---|---|---|
| Stop Payment | $35 | Per each stop payment you request on a personal check. |
| Check Protest | $25 | Per protest (refers to a formal, written declaration stating that a check presented was dishonored.) |
| Certified Check | $25 | Per check written in which the bank guarantees the funds. |
| Check Orders | ---- | Prices vary |

EXHIBIT A <sup>Page 1 of 2</sup>



**RETAIL SCHEDULE OF FEES AND SERVICE CHARGES (cont.)**
Effective March 1, 2020

| BANK AND MISCELLANEOUS ITEMS continued | | |
|---|---|---|
| Return of Paid Checks | $20 | Per month |
| Check Images | $5 | Per statement cycle |
| CD of Account Statements and Images | $50 | Per disc |
| Money Orders | $3 | Per money order |
| Stop Payment on Money Orders | $35 | Per stop payment |
| Bank Checks | $7 | Per bank check |
| Stop Payment on Bank Check | $35 | Per stop payment |
| Visa Gift Card | $3.95 | Per card, when sold to a customer |
| Visa Gift Card | $5.95 | Per card, when sold to a non-customer ($1,000 per day maximum) |
| Foreign Currency Orders | $25 | Per $2,500 for overnight processing |
| Foreign Currency Orders | $28 | Per $2,500 for priority overnight processing |
| Foreign Currency Exchange | 1% | Of total exchanged |
| Foreign Draft Processing | $10 | Per occurrence |
| Locking Zipper Bag | $50 | Per bag |

| ADMINISTRATIVE AND INFORMATION SERVICES | | |
|---|---|---|
| IRA Administration Fee | $10 | Annually, for plans in distribution |
| IRA Transfer Fee | $25 | To transfer plan to another institution |
| Processing Legal Papers | $100 | Per occurrence |
| Cash Advance Fee | $3 | Per advance |
| Signature Guarantee | $10 | Per guarantee, unless funds are transferred to Pathfinder Bank or Pathfinder Investment Services. |
| Account Research/Reconciliation | $40 | Per hour, with a minimum of $10 |
| Checking Statement Mailing Fee | $2 | Per month, if receiving paper statements for a checking account |
| Returned Statement Fee | $5 | Per statement that is returned to us as undeliverable |
| Copy of Account Statements and other bank items | $5 | Per item(s) copied (other items include tax forms, personal checks, money orders, bank checks.) |

| INTERNET AND MOBILE BANKING | |
|---|---|
| Monthly Maintenance Fee | Free |
| Bill Payments | Free |
| Mobile Banking | Free |