UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRYL CLAFLIN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PATHFINDER BANK,<br><br>Defendant. | Case No. 5:21-cv-00380-TJM-ML |

## NOTICE OF SETTLEMENT

Plaintiff Chryl Claflin ("Plaintiff") and Defendant Pathfinder Bank ("Defendant"), by and through their undersigned counsel, hereby notify the Court that they have reached an agreement in principle to resolve Plaintiff's claims in this matter. The settlement will be on an individual basis. The Parties are in the process of documenting their agreement and expect to be in a position for Plaintiff to file a voluntary dismissal within thirty (30) days pursuant to Federal Rule of Civil Procedure 41(a)(1). In light of the foregoing, the Parties respectfully request that all current deadlines be suspended and the hearing set for August 4, 2021 be adjourned.

Dated: July 16, 2021.    /s/ Sophia Gold
Sophia G. Gold (Bar Roll No. 701241)
Jeffrey D. Kaliel (Bar Roll No. 518372)
**Kaliel Gold PLLC**
1100 15th Street NW, 4th Floor
Washington, DC 20005
Telephone: (202) 350-4783
jkaliel@kalielpllc.com
sgold@kalielgold.com

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foreoing document was served on all parties via the CM/ECF system on July 16, 2021.

*/s/ Sophia G. Gold*
Sophia G. Gold
